is one that rests fundamentally with the boards of these schools as they prepare to move forward as separate and distinct entities apart from ACHS, Inc."

93. The Chairman, Secretary/Clerk, and Treasurer, of all eight of the newly incorporated high schools are identical and are all officers of ACHS, Inc.

94. By letter dated March 15, 2004, all employees in the bargaining unit at all eight schools received a letter from the new President of the board of their newly incorporated high school.

95. All March 15, 2004 letters to the bargaining unit members had an attachment.

96. The attachment to the March 15, 2004 letters asked that the teacher signify his or her interest in working for the newly formed corporations.

97. The teachers were asked to return the forms they received in the March 15, 2004 letter indicating their interest in working for the new corporation to their principal.

98. On March 22, 2004, counsel for BATA requested the new corporations enter into negotiations concerning wages, hours, and terms and conditions of employment.

99. On March 30, 2004, labor counsel for all eight new corporations wrote to BATA's counsel that the eight new corporations did not intend to bargain with BATA.

100. During the term of the CBA, BATA is the exclusive representative of the lay teachers and counselors at the eight Central high Schools and any direct dealing with these employees is a violation of the CBA.

101. During the term of the CBA, BATA is the exclusive representative of the lay teachers and counselors at the eight Central high Schools and any unilateral change in the terms and conditions is a violation of the CBA.

102. The new corporations have unilaterally changed wages, hours, working conditions, fringe benefits, and employment status.

103. The new corporations have threatened retaliation, and have retaliated, against employees who attempt to exercise their right to collectively bargain.

104. The new corporations have retaliated against covered employees based on union activity or union membership in violation of the CBA.

105. In *Rerum Novarum* and *Gaudium et Spes* and *Laborem Exercens* the Catholic Church's doctrine of clear and unequivocal support for the formation, recognition, and importance of unions is exemplified. The current Chairman of all eight new boards, who is also the Archbishop of the Roman Catholic Archdiocese of Boston, is staunchly advocating a position in direct contravention of the teachings of the Catholic Church.

## COUNT I

106. Paragraphs 1-105 are hereby incorporated and referenced herein as if restated.

107. The Archdiocesan Central High Schools, Inc., Archbishop Sean P. O'Malley, as a corporation sole, the Roman Catholic Archdiocese of Boston, and North Cambridge Catholic High School, Inc., Cathedral High School, Inc., Matignon High School, Inc., Pope John XXIII High School, Inc., Bishop Fenwick High School, Inc., Cardinal Spellman High School Inc., Marian High School, Inc., and Archbishop Williams High School, Inc., at all material times have had a substantial identity in terms of corporate control, management, business purposes and business operations, and are thus alter egos.

108. North Cambridge Catholic High School, Inc., Cathedral High School, Inc., Matignon High School, Inc., Pope John XXIII High School, Inc., Bishop Fenwick High School, Inc., Cardinal Spellman High School Inc., Marian High School, Inc., and Archbishop Williams High School, Inc., being alter egos of the Archdiocesan Central High Schools, Inc., Archbishop Sean P. O'Malley, as a corporation sole, and the Roman Catholic Archdiocese of Boston, are equally bound by the terms of the collective bargaining agreement.

## COUNT II

109. 1-108 are hereby incorporated and referenced herein as if restated.

110. The Archdiocesan Central High Schools, Inc., Archbishop Sean P. O'Malley, as a corporation sole, and the Roman Catholic Archdiocese of Boston have breached its agreement with BATA by refusing to require its successor <u>at each high school</u> to recognize BATA as the exclusive bargaining representative.

## COUNT III

111. Paragraphs 1-110 are hereby incorporated and referenced herein as if restated.

112. The Archdiocesan Central High Schools, Inc., Archbishop Sean P. O'Malley, as a corporation sole, and the Archdiocese of Boston have breached its agreement with BATA by refusing to bargain as required by the collective bargaining agreement.

## COUNT IV

113. Paragraphs 1-112 are hereby incorporated and referenced herein as if restated.

114. North Cambridge Catholic High School, Inc., Cathedral High School, Inc., Matignon High School, Inc., Pope John XXIII High School, Inc., Bishop Fenwick High School, Inc., Cardinal Spellman High School Inc., Marian High School, Inc., and Archbishop Williams High School, Inc., have tortiously interfered with a contractual relationship in violation of Massachusetts law by direct dealing with unionized employees concerning wages, hours, and terms and conditions of employment.

## CONCLUSION AND REQUESTED RELIEF

Whereas the Defendants have violated Federal labor laws, breached the existing collective bargaining agreement with BATA, and violated Massachusetts state law, to the unrelenting harm of all professional lay teachers and counselors at the eight central high schools represented by BATA, Plaintiff requests judgment against the Defendants as follows:

a. That Defendants Archdiocesan Central High Schools, Inc., Archbishop Sean P. O'Malley, as a corporation sole, and the Roman Catholic Archdiocese of Boston be ordered to fulfill their obligation under the collective bargaining agreement and bargain with BATA, require its successor, if any, to recognize BATA, and to cease and desist from making any further unilateral changes in working conditions;

b. That Defendants North Cambridge Catholic High School, Inc., Cathedral High School, Inc., Matignon High School, Inc., Pope John XXIII High School, Inc., Bishop Fenwick High School, Inc., Cardinal Spellman High School Inc., Marian High School, Inc., and Archbishop Williams High School, Inc., be deemed alter egos of Archdiocesan Central High Schools,

Inc., Archbishop Sean P. O'Malley, as a corporation sole, and the Roman Catholic Archdiocese of Boston and thus be bound to the collective bargaining agreement;

c. In the alternative find that Defendants North Cambridge Catholic High School, Inc., Cathedral High School, Inc., Matignon High School, Inc., Pope John XXIII High School, Inc., Bishop Fenwick High School, Inc., Cardinal Spellman High School Inc., Marian High School, Inc., and Archbishop Williams High School, Inc., are successors to Archdiocesan Central High Schools, Inc., Archbishop Sean P. O'Malley, as a corporation sole, and the Roman Catholic Archdiocese of Boston and thus be bound to recognize and negotiate with BATA;

d. That Defendants North Cambridge Catholic High School, Inc., Cathedral High School, Inc., Matignon High School, Inc., Pope John XXIII High School, Inc., Bishop Fenwick High School, Inc., Cardinal Spellman High School Inc., Marian High School, Inc., and Archbishop Williams High School, Inc., be deemed to have tortiously interfered with a contractual relationship and permanently enjoined from any further contact or communication with employees represented by BATA and be ordered to pay all reasonable attorneys' fees in connection with this action, and;

e. That Plaintiff receive such other legal and/or equitable relief as the Court deems just and proper.

19

Dated: June 4, 2004

Respectfully submitted,
On behalf of BATA,
By its attorneys,

*Terence P. Noonan*
Terence P. Noonan
BBO#648712

*Kathryn M. Noonan*
Kathryn M. Noonan
BBO#373340
Law Office of Kathryn M. Noonan
1150 Walnut St.
Newton, MA. 02461
(617) 969-4518

20

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Boston Archdiocese Teachers Association

**DEFENDANTS**
Archdiocesan Central High Schools, Inc.; Archbishop Sean P. O'Malley as a corporation sole, The Archdiocese of Boston, North Cambridge Catholic High School, Inc., Cathedral High School, Inc., Matignon High School, Inc., Pope John XXIII High School, Inc.

**(b)** County of Residence of First Listed Plaintiff: Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Suffolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Terence P. Noonan
Kathryn M. Noonan
Law Office of Kathryn M. Noonan, 1150 Walnut St.
Newton, MA 02461  (617) 969-4516

Attorneys (If Known): Sean Sweeney
Murphy, Lamere and Murphy
Braintree, MA

Case No: 04-11197-MLW

**II. BASIS OF JURISDICTION**   (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☒ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation | |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | |

**V. ORIGIN**   (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**   (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

29 U.S.C. 185, et seq. - Breach of contract - alter ego - tortious interference

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

**VIII. RELATED CASE(S) IF ANY**   (See instructions):

JUDGE:                    DOCKET NUMBER:

DATE: 6/4/04

SIGNATURE OF ATTORNEY OF RECORD: Terence P. Noonan

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) _Boston Archdiocese Teachers Association v. Archdiocesan Central High Schools, Inc._

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    — I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    X II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   for patent, trademark or copyright cases

    — III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

    — IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

    — V.   150, 152, 153.

**04-11197MLW**

FILED IN CLERKS OFFICE
2004 JUN -4 A 10: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

_____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   YES    (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   YES    (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   YES    NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   YES    (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
   YES    NO

   A. IF YES, IN WHICH DIVISION DO **ALL** OF THE NON-GOVERNMENTAL PARTIES RESIDE?
      (EASTERN DIVISION)    CENTRAL DIVISION    WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
      EASTERN DIVISION    CENTRAL DIVISION    WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _Terence P. Noonan_
ADDRESS _1150 Walnut St. Newton, MA 02461_
TELEPHONE NO. _617-969-4518_

(Cover sheet local.wpd - 11/27/00)