UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BOSTON ARCHDIOCESAN TEACHERS' ASSOCIATION )<br>)<br>)<br>V. )<br>)<br>ARCHDIOCESAN CENTRAL HIGH SCHOOLS, )<br>INC., ARCHBISHOP SEAN P. O'MALLEY, AS )<br>A CORPORATION SOLE, THE ROMAN )<br>CATHOLIC ARCHDIOCESE OF BOSTON, )<br>NORTH CAMBRIDGE CATHOLIC HIGH )<br>SCHOOL, INC., CATHEDRAL HIGH SCHOOL, )<br>INC., MATIGNON HIGH SCHOOL, INC., )<br>POPE JOHN XXIII HIGH SCHOOL, INC., )<br>BISHOP FENWICK HIGH SCHOOL, INC., )<br>CARDINAL SPELLMAN HIGH SCHOOL, INC., )<br>MARIAN HIGH SCHOOL, INC. AND )<br>ARCHBISHOP WILLIAMS HIGH SCHOOL, INC.) )| DOCKET NO. 04-11197MLW  |

### NOTICE OF APPEARANCE

Kindly enter our appearances on behalf of the Defendant, the Roman Catholic Archbishop of Boston, a Corporation Sole.

ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE

By Its Attorneys,

_____
Wilson D. Rogers, Jr.
BBO #425120
Wilson D. Rogers, III
BBO #559943
The Rogers Law Firm, P.C.
One Union Street
Boston, MA 02108
617-723-1100