UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ARCHDIOCESAN TEACHERS' ASSOCIATION <br><br> V. <br><br> ARCHDIOCESAN CENTRAL HIGH SCHOOLS, INC., ARCHBISHOP SEAN P. O'MALLEY, AS A CORPORATION SOLE, THE ROMAN CATHOLIC ARCHDIOCESE OF BOSTON, NORTH CAMBRIDGE CATHOLIC HIGH SCHOOL, INC., CATHEDRAL HIGH SCHOOL, INC., MATIGNON HIGH SCHOOL, INC., POPE JOHN XXIII HIGH SCHOOL, INC., BISHOP FENWICK HIGH SCHOOL, INC., CARDINAL SPELLMAN HIGH SCHOOL, INC., MARIAN HIGH SCHOOL, INC. AND ARCHBISHOP WILLIAMS HIGH SCHOOL, INC. | DOCKET NO. 04-11197MLW |

## ASSENTED TO MOTION TO ENLARGE TIME

Now comes the Defendant, the Roman Catholic Archbishop of Boston, a Corporation Sole, and respectfully requests this Honorable Court extend the time in which the Defendant has to file responsive pleadings, up to and including July 6, 2004.

ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE

By Its Attorneys,

_____
Wilson D. Rogers, Jr.
BBO #425120
Wilson D. Rogers, III
BBO #559943
The Rogers Law Firm, P.C.
One Union Street
Boston, MA 02108
617-723-1100

ASSENTED TO:

BOSTON ARCHDIOCESAN TEACHERS'
ASSOCIATION

By Their Attorneys,

*/s/ Terrence Noonan*

Kathryn Noonan, Esquire
Terrence P. Noonan, Esquire
Law Office of Kathryn Noonan
1150 Walnut Street
Newton, MA  02461

CERTIFICATE OF SERVICE

I, Wilson D. Rogers, III, Attorney for said Defendant, hereby certify that I have this day served copies of the foregoing documents on the Plaintiff by mailing a letter, postage prepaid, directed to:

>Kathryn Noonan, Esquire
>Terrence P. Noonan, Esquire
>Law Office of Kathryn Noonan
>1150 Walnut Street
>Newton, MA  02461
>
>Sean P. Sweeney, Esquire
>Murphy, Lamere & Murphy, P. C.
>Ten Forbes Road
>P. O. Box 859003
>Braintree, MA  02185

Signed under the pains and penalties of perjury this ____ day of June, 2004.

_____
Wilson D. Rogers, III