UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ARCHDIOCESAN ) <br> TEACHERS' ASSOCIATION ) <br> ) <br> V. ) <br> ) <br> ARCHDIOCESAN CENTRAL HIGH ) <br> SCHOOLS, INC., ARCHBISHOP SEAN P. ) <br> O'MALLEY AS A CORPORATION SOLE, ) <br> THE ROMAN CATHOLIC ARCHDIOCESE ) <br> OF BOSTON, NORTH CAMBRIDGE ) <br> CATHOLIC HIGH SCHOOL, INC., ) <br> CATHEDRAL HIGH SCHOOL, INC., ) <br> MATIGNON HIGH SCHOOL, INC., POPE ) <br> JOHN XXIII HIGH SCHOOL, INC., BISHOP ) <br> FENWICK HIGH SCHOOL, INC., ) <br> CARDINAL SPELLMAN HIGH SCHOOL, ) <br> INC., MARIAN HIGH SCHOOL, INC., ) <br> AND ARCHBISHOP WILLIAMS HIGH ) <br> SCHOOL INC. ) | DOCKET NO. 04-11197MLW |

## ASSENTED TO MOTION TO ENLARGE TIME

Now come the Defendants, Archdiocesan Central High Schools, Inc., North Cambridge Catholic High School, Inc., Cathedral High School, Inc., Matignon High School, Inc., Pope John XXIII High School, Inc., Bishop Fenwick High School, Inc., Cardinal Spellman High School, Inc., Marian High School, Inc., and Archbishop Williams High School, Inc, and respectfully requests this Honorable Court extend the time in which the Defendants have to file responsive pleadings or other applicable motion, up to and including July 14, 2004.

This motion has been assented to by the Plaintiff.

ARCHDIOCESAN CENTRAL HIGH SCHOOLS, INC., NORTH CAMBRIDGE CATHOLIC HIGH SCHOOL, INC., CATHEDRAL HIGH SCHOOL, INC., MATIGNON HIGH SCHOOL, INC., POPE JOHN XXIII HIGH SCHOOL, INC., BISHOP FENWICK HIGH SCHOOL, INC., CARDINAL SPELLMAN HIGH SCHOOL, INC., MARIAN HIGH SCHOOL, INC., AND ARCHBISHOP WILLIAMS HIGH SCHOOL INC.

By Its Attorneys

_____
Sean P. Sweeney
BBO #56211
Murphy, Lamere, & Murphy, P.C.
Ten Forbes Road West
Braintree, MA 02185-9003
(781) 848-1850

I hereby certify that a true copy of the above document was served upon each party appearing pro se and/or the attorney of record for each party by mail (by hand)
on 7-12-04