UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOSTON ARCHDIOCESAN TEACHERS' ASSOCIATION | ) ) ) | |
| V. | ) ) | DOCKET NO.  04-11197MLW |
| ARCHDIOCESAN CENTRAL HIGH SCHOOLS, INC., ARCHBISHOP SEAN P. O'MALLEY AS A CORPORATION SOLE, THE ROMAN CATHOLIC ARCHDIOCESE OF BOSTON, NORTH CAMBRIDGE CATHOLIC HIGH SCHOOL, INC., CATHEDRAL HIGH SCHOOL, INC., MATIGNON HIGH SCHOOL, INC., POPE JOHN XXIII HIGH SCHOOL, INC., BISHOP FENWICK HIGH SCHOOL, INC., CARDINAL SPELLMAN HIGH SCHOOL, INC., MARIAN HIGH SCHOOL, INC., AND ARCHBISHOP WILLIAMS HIGH SCHOOL INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## NOTICE OF APPEARANCE

Kindly enter our appearance on behalf of the Defendant, North Cambridge

Catholic High School, Inc.

NORTH CAMBRIDGE CATHOLIC HIGH
SCHOOL, INC.
By Its Attorneys

I hereby certify that a true copy of the above document
was served upon each party appearing pro se and/or
the attorney of record for each party by mail (by hand)
on  7-12-04

Sean P. Sweeney
BBO #56211
Murphy, Lamere, & Murphy, P.C.
Ten Forbes Road West
Braintree, MA 02185-9003
(781) 848-1850