UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ARCHDIOCESAN TEACHERS' ASSOCIATION<br><br>V.<br><br>ARCHDIOCESAN CENTRAL HIGH SCHOOLS, INC., ARCHBISHOP SEAN P. O'MALLEY AS A CORPORATION SOLE, THE ROMAN CATHOLIC ARCHDIOCESE OF BOSTON, NORTH CAMBRIDGE CATHOLIC HIGH SCHOOL, INC., CATHEDRAL HIGH SCHOOL, INC., MATIGNON HIGH SCHOOL, INC., POPE JOHN XXIII HIGH SCHOOL, INC., BISHOP FENWICK HIGH SCHOOL, INC., CARDINAL SPELLMAN HIGH SCHOOL, INC., MARIAN HIGH SCHOOL, INC., AND ARCHBISHOP WILLIAMS HIGH SCHOOL INC. | DOCKET NO. 04-11197MLW |

## NOTICE OF APPEARANCE

Kindly enter our appearance on behalf of the Defendant, Cathedral High School, Inc.

I hereby certify that a true copy of the above document was served upon each party appearing pro se and/or the attorney of record for each party by mail (by hand) on 7-12-04.

CATHEDRAL HIGH SCHOOL, INC.
By Its Attorneys

Sean P. Sweeney
BBO #56211
Murphy, Lamere, & Murphy, P.C.
Ten Forbes Road West
Braintree, MA 02185-9003
(781) 848-1850