UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ARCHDIOCESAN )<br>TEACHERS' ASSOCIATION )<br> )<br>V. )<br> )<br>ARCHDIOCESAN CENTRAL HIGH )<br>SCHOOLS, INC., ARCHBISHOP SEAN P. )<br>O'MALLEY AS A CORPORATION SOLE, )<br>THE ROMAN CATHOLIC ARCHDIOCESE )<br>OF BOSTON, NORTH CAMBRIDGE )<br>CATHOLIC HIGH SCHOOL, INC., )<br>CATHEDRAL HIGH SCHOOL, INC., )<br>MATIGNON HIGH SCHOOL, INC., POPE )<br>JOHN XXIII HIGH SCHOOL, INC., BISHOP )<br>FENWICK HIGH SCHOOL, INC., )<br>CARDINAL SPELLMAN HIGH SCHOOL, )<br>INC., MARIAN HIGH SCHOOL, INC., )<br>AND ARCHBISHOP WILLIAMS HIGH )<br>SCHOOL INC. ) | DOCKET NO. 04-11197MLW |

## NOTICE OF APPEARANCE

Kindly enter our appearance on behalf of the Defendant, Pope John XXIII High School, Inc.

POPE JOHN XXIII HIGH SCHOOL, INC.
By Its Attorneys

Sean P. Sweeney
BBO #56211
Murphy, Lamere, & Murphy, P.C.
Ten Forbes Road West
Braintree, MA 02185-9003
(781) 848-1850

I hereby certify that a true copy of the above document was served upon each party appearing pro se and/or the attorney of record for each party by mail (by hand) on 7-12-04