UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ARCHDIOCESAN TEACHERS' ASSOCIATION ) ) ) V. ) ) ARCHDIOCESAN CENTRAL HIGH ) SCHOOLS, INC., ARCHBISHOP SEAN P. ) O'MALLEY AS A CORPORATION SOLE, ) THE ROMAN CATHOLIC ARCHDIOCESE ) OF BOSTON, NORTH CAMBRIDGE ) CATHOLIC HIGH SCHOOL, INC., ) CATHEDRAL HIGH SCHOOL, INC., ) MATIGNON HIGH SCHOOL, INC., POPE ) JOHN XXIII HIGH SCHOOL, INC., BISHOP ) FENWICK HIGH SCHOOL, INC., ) CARDINAL SPELLMAN HIGH SCHOOL, ) INC., MARIAN HIGH SCHOOL, INC., ) AND ARCHBISHOP WILLIAMS HIGH ) SCHOOL INC. ) | DOCKET NO. 04-11197MLW |

## NOTICE OF APPEARANCE

Kindly enter our appearance on behalf of the Defendant, Marian High School, Inc.

        MARIAN HIGH SCHOOL, INC.
        By Its Attorneys

        _____
        Sean P. Sweeney
        BBO #56211
        Murphy, Lamere, & Murphy, P.C.
        Ten Forbes Road West
        Braintree, MA 02185-9003
        (781) 848-1850

I hereby certify that a true copy of the above document was served upon each party appearing pro se and/or the attorney of record for each party by mail (by hand) on 7-12-04.