UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ARCHDIOCESAN )<br>TEACHERS' ASSOCIATION )<br> )<br>V. )<br> )<br>ARCHDIOCESAN CENTRAL HIGH )<br>SCHOOLS, INC., ARCHBISHOP SEAN P. )<br>O'MALLEY AS A CORPORATION SOLE, )<br>THE ROMAN CATHOLIC ARCHDIOCESE )<br>OF BOSTON, NORTH CAMBRIDGE )<br>CATHOLIC HIGH SCHOOL, INC., )<br>CATHEDRAL HIGH SCHOOL, INC., )<br>MATIGNON HIGH SCHOOL, INC., POPE )<br>JOHN XXIII HIGH SCHOOL, INC., BISHOP )<br>FENWICK HIGH SCHOOL, INC., )<br>CARDINAL SPELLMAN HIGH SCHOOL, )<br>INC., MARIAN HIGH SCHOOL, INC., )<br>AND ARCHBISHOP WILLIAMS HIGH )<br>SCHOOL INC. ) | DOCKET NO. 04-11197MLW |

## NOTICE OF APPEARANCE

Kindly enter our appearance on behalf of the Defendant, Cardinal Spellman High School, Inc.

CARDINAL SPELLMAN HIGH SCHOOL, INC.
By Its Attorneys

Sean P. Sweeney
BBO #56211
Murphy, Lamere, & Murphy, P.C.
Ten Forbes Road West
Braintree, MA 02185-9003
(781) 848-1850

I hereby certify that a true copy of the above document was served upon each party appearing pro se and/or the attorney of record for each party by mail (by hand) on 2-12-04