UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ARCHDIOCESAN ) <br> TEACHERS' ASSOCIATION ) <br> ) <br> V. ) <br> ) <br> ARCHDIOCESAN CENTRAL HIGH ) <br> SCHOOLS, INC., ARCHBISHOP SEAN P. ) <br> O'MALLEY AS A CORPORATION SOLE, ) <br> THE ROMAN CATHOLIC ARCHDIOCESE ) <br> OF BOSTON, NORTH CAMBRIDGE ) <br> CATHOLIC HIGH SCHOOL, INC., ) <br> CATHEDRAL HIGH SCHOOL, INC., ) <br> MATIGNON HIGH SCHOOL, INC., POPE ) <br> JOHN XXIII HIGH SCHOOL, INC., BISHOP ) <br> FENWICK HIGH SCHOOL, INC., ) <br> CARDINAL SPELLMAN HIGH SCHOOL, ) <br> INC., MARIAN HIGH SCHOOL, INC., ) <br> AND ARCHBISHOP WILLIAMS HIGH ) <br> SCHOOL INC. ) | DOCKET NO. 04-11197MLW |

## NOTICE OF APPEARANCE

Kindly enter our appearance on behalf of the Defendant, Archbishop Williams High School, Inc.

ARCHBISHOP WILLIAMS HIGH
SCHOOL INC.
By Its Attorneys

Sean P. Sweeney
BBO #56211
Murphy, Lamere, & Murphy, P.C.
Ten Forbes Road West
Braintree, MA 02185-9003
(781) 848-1850

I hereby certify that a true copy of the above document was served upon each party appearing pro se and/or the attorney of record for each party by mail (by hand) on 7-12-04.