# United States District Court



———————— DISTRICT OF ————————

Boston Archdiocese Teachers Association

v.

Archdiocesan Central High Schools, Inc., Archbishop Sean P. O'Malley as a Corporation Sole, the Roman Catholic Archdiocese of Boston, North Cambridge Catholic High School, Inc., Cathedral High School, Inc., Matignon High School, Inc., Pope John XXIII High School, Inc., Bishop Fenwick High School, Inc., Cardinal Spellman High School, Inc., Marian High School, Inc., and Archbishop Williams High School, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11197 MLW

TO: (Name and address of defendant)

THE ROMAN CATHOLIC ARCHDIOCESE OF BOSTON
2121 COMMONWEALTH AVENUE
BRIGHTON, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Terence Noonan and Kathryn Noonan
Law Office of Kathryn Noonan
1150 Walnut St.
Newton, MA. 02461
617.969.4518

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS     6-4-04
CLERK            DATE

(BY) DEPUTY CLERK

Case 1:04-cv-11197-MLW    Document 15    Filed 07/08/2004    Page 2 of 2