UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ARCHDIOCESAN<br>TEACHERS' ASSOCIATION<br><br>V.<br><br>ARCHDIOCESAN CENTRAL HIGH<br>SCHOOLS, INC., NORTH CAMBRIDGE<br>CATHOLIC HIGH SCHOOL, INC.,<br>CATHEDRAL HIGH SCHOOL, INC.,<br>MATIGNON HIGH SCHOOL, INC., POPE<br>JOHN XXIII HIGH SCHOOL, INC., BISHOP<br>FENWICK HIGH SCHOOL, INC.,<br>CARDINAL SPELLMAN HIGH SCHOOL,<br>INC., MARIAN HIGH SCHOOL, INC.,<br>AND ARCHBISHOP WILLIAMS HIGH<br>SCHOOL INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>DOCKET NO. 04-11197MLW |

## MOTION TO DISMISS OF DEFENDANTS, ARCHDIOCESAN CENTRAL HIGH SCHOOLS, INC., NORTH CAMBRIDGE CATHOLIC HIGH SCHOOL, INC., CATHEDRAL HIGH SCHOOL, INC., MATIGNON HIGH SCHOOL, INC., POPE JOHN XXIII HIGH SCHOOL, INC., BISHOP FENWICK HIGH SCHOOL, INC., CARDINAL SPELLMAN HIGH SCHOOL, INC., MARIAN HIGH SCHOOL, INC., AND ARCHBISHOP WILLIAMS HIGH SCHOOL INC., PURSUANT TO F.R.C.P. 12(b)(1),(2),(3) and (6)

The Defendants, Archdiocesan Central High Schools, Inc., North Cambridge

Catholic High School, Inc., Cathedral High School, Inc., Matignon High School, Inc.,

Pope John XXIII High School, Inc., Bishop Fenwick High School, Inc., Cardinal

Spellman High School, Inc., Marian High School, Inc., and Archbishop Williams High

School, Inc. motion this Honorable Court for the dismissal of Plaintiff's Complaint

pursuant to 12(b)(1), (2),(3) and (6) of the Federal Rules of Civil Procedure. As grounds

therefore, the Defendants state that the Plaintiff's Complaint relies upon a federal statute

which is inapplicable to the Defendants and which cannot be relied upon as a basis of

1

establishing jurisdiction. As such, the Plaintiff's Complaint should be dismissed for lack

of subject matter jurisdiction, lack of personal jurisdiction, improper venue, and for

failing to state a claim upon which this Court could properly grant relief.

In support of this Motion, and in accordance with the Local Rules, the Defendants

submit and rely upon their Memorandum of Reasons In Support of Motion To Dismiss

Pursuant to F.R.C.P. 12(b)(1),(2),(3) and (6) and incorporate the same by reference

herein. Defendants respectfully request that, on the basis of the foregoing, this Honorable

Court dismiss the Plaintiff's Complaint.

### <u>REQUEST FOR ORAL ARGUMENT</u>

The Defendants hereby request oral argument on this motion.

> ARCHDIOCESAN CENTRAL HIGH
> SCHOOLS, INC., NORTH CAMBRIDGE
> CATHOLIC HIGH SCHOOL, INC.,
> CATHEDRAL HIGH SCHOOL, INC.,
> MATIGNON HIGH SCHOOL, INC., POPE
> JOHN XXIII HIGH SCHOOL, INC.,
> BISHOP FENWICK HIGH SCHOOL, INC.,
> CARDINAL SPELLMAN HIGH SCHOOL,
> INC., MARIAN HIGH SCHOOL, INC.,
> AND ARCHBISHOP WILLIAMS HIGH
> SCHOOL INC.,
> BY THEIR ATTORNEYS,
>
>
> Sean P. Sweeney
> BBO #56211
> Murphy, Lamere, & Murphy, P.C.
> Ten Forbes Road West
> Braintree, MA 02185-9003
> (781) 848-1850

Dated: July 14, 2004

## CERTIFICATE OF SERVICE

I, Sean P. Sweeney, Attorney for said Defendants, hereby certify that I have this day served copies of the foregoing documents on the Plaintiff and other Defendants by mailing, postage prepaid, directed to:

Kathryn Noonan, Esquire
Terrence P. Noonan, Esquire
Law Office of Kathryn Noonan
1150 Walnut Street
Newton, MA 02461

Wilson D. Rogers, Jr., Esquire
Wilson D. Rogers, III., Esquire
The Rogers Law Firm, P.C.
One Union Street
Boston, MA 02108

Signed under the pains and penalties of perjury this ____ day of July, 2004.

_____
Sean P. Sweeney

3