UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ARCHDIOCESAN TEACHERS' ASSOCIATION <br><br> V. <br><br> ARCHDIOCESAN CENTRAL HIGH SCHOOLS, INC., ARCHBISHOP SEAN P. O'MALLEY, AS A CORPORATION SOLE, THE ROMAN CATHOLIC ARCHDIOCESE OF BOSTON, NORTH CAMBRIDGE CATHOLIC HIGH SCHOOL, INC., CATHEDRAL HIGH SCHOOL, INC., MATIGNON HIGH SCHOOL, INC., POPE JOHN XXIII HIGH SCHOOL, INC., BISHOP FENWICK HIGH SCHOOL, INC., CARDINAL SPELLMAN HIGH SCHOOL, INC., MARIAN HIGH SCHOOL, INC. AND ARCHBISHOP WILLIAMS HIGH SCHOOL, INC. | DOCKET NO. 04-11197MLW |

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that effective October 18, 2004, the new address and facsimile number of The Rogers Law Firm shall be:

**The Rogers Law Firm**
**100 Cambridge Street, 20th Floor**
**Suite 2000**
**Boston, MA  02114**

**Tel.:**   617-723-1100
**Fax:**    617-723-1180

Respectfully submitted,

ROMAN CATHOLIC
ARCHBISHOP OF BOSTON, A
CORPORATION SOLE

By Its Attorneys,

/s/ Wilson D. Rogers, Jr.

Wilson D. Rogers, Jr.
BBO #425120
Wilson D. Rogers, III
BBO #559943
The Rogers Law Firm, P.C.
One Union Street
Boston, MA 02109
617-723-1100

## CERTIFICATE OF SERVICE

I, Wilson D. Rogers, III, Attorney for said Defendant, hereby certify that I have this day served copies of the foregoing documents on the Plaintiff by mailing a letter, postage prepaid, directed to:

    Kathryn Noonan, Esquire
    Terrence P. Noonan, Esquire
    Law Office of Kathryn Noonan
    1150 Walnut Street
    Newton, MA  02461

    Sean P. Sweeney, Esquire
    Murphy, Lamere & Murphy, P. C.
    Ten Forbes Road
    P. O. Box 859003
    Braintree, MA  02185

Signed under the pains and penalties of perjury this ____ day of October, 2004.

                                                                Wilson D. Rogers, III