UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 28 P 1: 02

U.S. DISTRICT COURT
DISTRICT OF MASS

BOSTON ARCHDIOCESAN TEACHERS' )
ASSOCIATION )
)
)
V. )  DOCKET NO. 04-11197MLW
)
ARCHDIOCESAN CENTRAL HIGH SCHOOLS, )
INC., ARCHBISHOP SEAN P. O'MALLEY, AS )
A CORPORATION SOLE, THE ROMAN )
CATHOLIC ARCHDIOCESE OF BOSTON, )
NORTH CAMBRIDGE CATHOLIC HIGH )
SCHOOL, INC., CATHEDRAL HIGH SCHOOL, )
INC., MATIGNON HIGH SCHOOL, INC., )
POPE JOHN XXIII HIGH SCHOOL, INC., )
BISHOP FENWICK HIGH SCHOOL, INC., )
CARDINAL SPELLMAN HIGH SCHOOL, INC., )
MARIAN HIGH SCHOOL, INC. AND )
ARCHBISHOP WILLIAMS HIGH SCHOOL, INC.)
)

**MOTION OF THE DEFENDANT, THE ROMAN CATHOLIC
ARCHBISHOP OF BOSTON, A CORPORATION SOLE,
TO DISMISS PLAINTIFF'S COMPLAINT**

Now comes the Defendant, the Roman Catholic Archbishop of Boston, a Corporation Sole, and hereby moves to dismiss the Plaintiff's Complaint pursuant to F.R.C.P. 12(b)(1), (2), (3) and (6). As grounds therefore, the Defendant hereby joins and incorporates by reference the Motion to Dismiss of the Defendants, Archbishop Williams High School, Inc., Bishop Fenwick High School, Inc., Cardinal Spellman High School, Inc., Cathedral High School, Inc., Marion High School, Inc., Matginon High School, Inc., North Cambridge Catholic High School, Inc., Pope John XXIII High School, Inc. and Archdiocesan Central High Schools, Inc. previously filed in this matter.

Respectfully submitted,

ROMAN CATHOLIC ARCHBISHOP
OF BOSTON, A CORPORATION SOLE

By Its Attorneys,

_____
Wilson D. Rogers, Jr.
BBO #425120
Wilson D. Rogers, III
BBO #559943
The Rogers Law Firm
100 Cambridge Street, 20th Floor
Suite 2000
Boston, MA  02114
617-723-1100

## CERTIFICATE OF SERVICE

I, Wilson D. Rogers, III, Attorney for said Defendant, hereby certify that I have this day served copies of the foregoing documents on the Plaintiff by mailing a letter, postage prepaid, directed to:

> Kathryn Noonan, Esquire
> Terrence P. Noonan, Esquire
> Law Office of Kathryn Noonan
> 1150 Walnut Street
> Newton, MA  02461
>
> Sean P. Sweeney, Esquire
> Murphy, Lamere & Murphy, P. C.
> Ten Forbes Road
> P. O. Box 859003
> Braintree, MA  02185

Signed under the pains and penalties of perjury this 26th day of January, 2005.

_____
Wilson D. Rogers, III