UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 FEB -2 P 4: 06
U.S. DISTRICT COURT
DISTRICT OF MASS.

BOSTON ARCHDIOCESAN
TEACHERS ASSOCIATION

Docket No. 04-11197-MLW

V.

ARCHDIOCESAN CENTRAL HIGH SCHOOLS, INC., ARCHBISHOP SEAN P. O'MALLEY AS A CORPORATION SOLE, THE ROMAN CATHOLIC ARCHDIOCESE OF BOSTON, NORTH CAMBRIDGE CATHOLIC HIGH SCHOOL, INC., CATHEDRAL HIGH SCHOOL, INC., MATIGNON HIGH SCHOOL, INC., POPE JOHN XXIII HIGH SCHOOL, INC., BISHOP FENWICK HIGH SCHOOL, INC., CARDINAL SPELLMAN HIGH SCHOOL, INC., MARIAN HIGH SCHOOL, INC., AND ARCHBISHOP WILLIAMS HIGH SCHOOL, INC.,

PLAINTIFF"S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Boston Archdiocesan Teachers Association, hereby respectfully opposes the Motion to Dismiss filed by Defendant Archbishop Sean P. O'Malley, a corporation sole. As Defendant has incorporated the other Defendants' Motion to Dismiss and the reasons briefed therein, Plaintiff files this Opposition relying on its previously filed Motion In Opposition To Defendants' Motion to Dismiss.

Respectfully submitted,
On behalf of BATA,
By its attorneys,

_____
Terence P. Noonan
BBO#648712
Law Office of Kathryn M. Noonan
1150 Walnut St.
Newton, MA. 02461
(617) 969-4518

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 2/1/05

Dated: February 1, 2005