UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF MASSACHUSETTS

BOSTON ARCHDIOCESAN
TEACHERS ASSOCIATION                    Docket No.: 04-11197-MLW

V.

ARCHDIOCESAN CENTRAL HIGH SCHOOLS, INC.,
ARCHBISHOP SEAN P. O'MALLEY AS A CORPORATION SOLE, THE ROMAN
CATHOLIC ARCHDIOCESE OF BOSTON, NORTH CAMBRIDGE CATHOLIC
HIGH SCHOOL, INC., CATHEDRAL HIGH SCHOOL, INC., MATIGNON HIGH
SCHOOL, INC., POPE JOHN XXIII HIGH SCHOOL, INC., BISHOP FENWICK
HIGH SCHOOL, INC., CARDINAL SPELLMAN HIGH SCHOOL, INC., MARIAN
HIGH SCHOOL, INC., AND ARCHBISHOP WILLIAMS HIGH SCHOOL, INC.,

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) and the Court's Notice of Scheduling Conference, the Plaintiff and undersigned counsel hereby certify they have conferred:

1. with a view toward establishing a budget for costs of conducting the full course—and various alternative courses- of the litigation, and;
2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Terence P. Noonan  BBO#648712
Law Offices of Kathryn M. Noonan
1150 Walnut Street
Newton, MA 02461
(617) 969-4518

William Caruso, President
BATA