UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ARCHDIOCESAN TEACHERS' ASSOCIATION )<br>)<br>)<br>)<br>V. )<br>)<br>ARCHDIOCESAN CENTRAL HIGH SCHOOLS, INC., )<br>NORTH CAMBRIDGE CATHOLIC HIGH SCHOOL, )<br>INC., CATHEDRAL HIGH SCHOOL, INC., )<br>MATIGNON HIGH SCHOOL, INC., POPE JOHN )<br>XXIII HIGH SCHOOL, INC., BISHOP FENWICK )<br>HIGH SCHOOL, INC., CARDINAL SPELLMAN HIGH )<br>SCHOOL, INC., MARIAN HIGH SCHOOL, INC., AND )<br>ARCHBISHOP WILLIAMS HIGH SCHOOL INC. )<br>) | DOCKET NO. 04-11197-MLW |

### DEFENDANT CARDINAL SPELLMAN HIGH SCHOOL, INC.'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) and the Court's Notice of Scheduling Conference, the Defendant Cardinal Spellman High School, Inc.'s and undersigned counsel hereby certify they have conferred:

1. with a view toward establishing a budget for costs of conducting the full course -- and various alternative courses -- of the litigation, and;
2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Sean P. Sweeney, Esquire
BBO #56211
Murphy, Lamere, & Murphy, P.C.
Ten Forbes Road West
Braintree, MA 02185-9003
(781) 848-1850
ssweeney@mlmlawfirm.com

_____
Sr. Thomasine Knowlton, CSJ,
Chief Administrator
Cardinal Spellman High School, Inc.

Dated: March 3, 2005