UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

BOSTON ARCHDIOCESAN TEACHERS' )
ASSOCIATION )
)
)
V. ) DOCKET NO. 04-11197-MLW
)
ARCHDIOCESAN CENTRAL HIGH SCHOOLS, INC., )
NORTH CAMBRIDGE CATHOLIC HIGH SCHOOL, )
INC., CATHEDRAL HIGH SCHOOL, INC., )
MATIGNON HIGH SCHOOL, INC., POPE JOHN )
XXIII HIGH SCHOOL, INC., BISHOP FENWICK )
HIGH SCHOOL, INC., CARDINAL SPELLMAN HIGH )
SCHOOL, INC., MARIAN HIGH SCHOOL, INC., AND )
ARCHBISHOP WILLIAMS HIGH SCHOOL INC. )
)

### DEFENDANT MARIAN HIGH SCHOOL, INC.'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) and the Court's Notice of Scheduling Conference, the Defendant Marian High School, Inc.'s and undersigned counsel hereby certify they have conferred:

1. with a view toward establishing a budget for costs of conducting the full course -- and various alternative courses -- of the litigation, and;
2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____          _____
Sean P. Sweeney, Esquire            Stephen D. Flynn, Chief Administrator
BBO #56211                          Marian High School, Inc.
Murphy, Lamere, & Murphy, P.C.
Ten Forbes Road West
Braintree, MA 02185-9003
(781) 848-1850
ssweeney@mlmlawfirm.com

Dated: March 3, 2005