UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.    CA04-11197

Boston Archdiocese Teacher's Assc.              Boston Archdiocese
            PLAINTIFF                                   DEFENDANT

Terrence Noonan                                 Will Rogers

Kathryn Noonan                                  Sean Sweeney


            COUNSEL FOR PLAINTIFF               COUNSEL FOR DEFENDANT


JUDGE    Wolf              CLERK    O'Leary              REPORTER    Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|--------|----------------|
| 3/4/05 | Court listens to oral arguments on the pending motions to dismiss |
|        | Parties to provide a copy of the subject CBA to the court by Monday, March 7, 2005 |
|        | Court takes the matter under advisement |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |