UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON ARCHDIOCESAN TEACHERS' ASSOCIATION <br><br> V. <br><br> ARCHDIOCESAN CENTRAL HIGH SCHOOLS, INC., ARCHBISHOP SEAN P. O'MALLEY, AS A CORPORATION SOLE, THE ROMAN CATHOLIC ARCHDIOCESE OF BOSTON, NORTH CAMBRIDGE CATHOLIC HIGH SCHOOL, INC., CATHEDRAL HIGH SCHOOL, INC., MATIGNON HIGH SCHOOL, INC., POPE JOHN XXIII HIGH SCHOOL, INC., BISHOP FENWICK HIGH SCHOOL, INC., CARDINAL SPELLMAN HIGH SCHOOL, INC., MARIAN HIGH SCHOOL, INC. AND ARCHBISHOP WILLIAMS HIGH SCHOOL, INC. | DOCKET NO. 04-11197MLW |

### CERTIFICATION ON BEHALF OF THE ROMAN CATHOLIC ARCHBISHOP OF BOSTON, A CORPORATION SOLE, IN ACCORDANCE WITH L.R. 16.1(D)(3)

It is hereby certified that Counsel and the Roman Catholic Archbishop of Boston, a Corporation Sole, have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses - of the litigation; and

(b) to consider the resolution of litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

_____
David W. Smith
Assistant Clerk
The Roman Catholic Archbishop of
Boston, a Corporation Sole

_____
Wilson D. Rogers, III
BBO #559943
The Rogers Law Firm
100 Cambridge Street, 20th Floor
Suite 2000
Boston, MA  02114
617-723-1100
Counsel for The Roman Catholic
Archbishop of Boston, a
Corporation Sole